UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

BRETT MINGIE,                    )
                                 )
*Plaintiff*,                     )
                                 )         Case No. 4:14-cv-45
v.                               )
                                 )         Judge Mattice
COMMISSIONER OF SOCIAL SECURITY, )         Magistrate Judge Carter
                                 )
*Defendant*.                     )
                                 )

## ORDER

On May 1, 2015, United States Magistrate Judge William B. Carter filed a Report and Recommendation (Doc. 19) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Carter recommended that (1) Plaintiff's Motion for Judgment on the Pleadings be denied; (2) Defendant's Motion for Summary Judgment be granted; and (3) this case be dismissed. (Doc. 19 at 14).

Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has reviewed the record in this matter, and it agrees with the Magistrate Judge's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact and conclusions of law. Plaintiff's Motion for Judgment on the Pleadings (Doc. 15) is hereby **DENIED**, Defendant's Motion for Summary Judgment (Doc. 17) is hereby **GRANTED**, and this action is hereby **DISMISSED WITH PREJUDICE**.

---

[1] Magistrate Judge Carter specifically advised Plaintiff that he had 14 days in which to object to the Report and Recommendation and that failure to do so would waive his right to appeal. (Doc. 19 at 14); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

**SO ORDERED** this 18th day of May, 2014.

_____/s/ Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE